UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STACY BENTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-03522-RLY-MPB |
| ) | |
| JOSEPH CHAMBERLAIN, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS AND DISMISSING CASE**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint following an unanswered Order to Show Cause. The parties were afforded due opportunity pursuant to statute and the rules of this court to file objection; none were filed. The court, having considered the Magistrate Judge's Report and Recommendation, hereby **ADOPTS** the Magistrate Judge's Report and Recommendation.

This action is hereby **DISMISSED without prejudice** for failure to prosecute.

**SO ORDERED** this 30th day of July 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:
Joel Kenneth Stein
LYNN AND STEIN, P.C.
102 South Wabash Street
Wabash, IN 46992